NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MERIAL LIMITED AND MERIAL SAS,**
*Plaintiffs-Appellees,*

AND

**BASF AGRO B.V.,**
*Plaintiff,*

v.

**CIPLA LIMITED,**
*Defendant-Appellant,*

AND

**VELCERA, INC. AND FIDOPHARM, INC.,**
*Defendants-Appellants,*

AND

**ARCHIPELAGO SUPPLIERS, ARROWTARGET ENTERPRISES LTD., GENERIC PETMEDS, INHOUSE DRUGSTORE, LISA PERKO, PETCARE PHARMACY, AND PETMEDS R US,**
*Defendants.*

---

2011-1471, -1472

---

Appeals from the United States District Court for the Middle District of Georgia in case no. 07-CV-0125, Judge Clay D. Land.

---

## ON MOTION

---

### ORDER

Upon consideration of the motion to reform the official caption,

IT IS ORDERED THAT:

The motion is granted in part.*  The revised official caption is reflected above.

FOR THE COURT

**JUL 1 8 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Nagendra Setty, Esq.
     Jonathan G. Graves, Esq.
     Gregory A. Castanias, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 1 8 2011

JAN HORBALY
CLERK

---

\* The court generally retains parties that were in the district court action, even if those parties are not participating on appeal.  The court removes the appellee designation from any party that is not participating.